NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITIBANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> ERIC R. MONSEN, et al., <br><br> Defendants. | Civil Action No. 15-4312 (ES) (MAH) <br><br> ORDER |

**SALAS, DISTRICT JUDGE**

Pending before the Court is Plaintiff's motion for default judgment against Defendant Fivar Leasing, LLC. (D.E. No. 20). On August 9, 2016, the Court held oral argument. For the reasons stated on the record on August 9, 2016,

**IT IS** on this 12th day of August 2016,

**ORDERED** that Plaintiff's motion for default judgment is GRANTED; and it is further

**ORDERED** that default judgment is entered against Defendant Fivar Leasing, LLC; and it is further

**ORDERED** that Plaintiff shall submit documentation in support of the requested damages, attorneys' fees, and costs by September 9, 2016;

**ORDERED** that the Clerk of the Court shall terminate docket entry number 20.

**SO ORDERED.**

                                             *s/Esther Salas*
                                             **Esther Salas, U.S.D.J.**